USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1·24·08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
KWAN THOMAS                                          :          07 CV 7203 (WHP)
                   Petitioner,              :
   -against-                                        :          <u>ORDER</u>
                                            :
UNITED STATES OF AMERICA,            :
                                            :
                   Respondent.            :
----------------------------------------------------------X

WILLIAM H. PAULEY III, District Judge:

        Petitioner filed an action for return of property on August 13, 2007.  On August 21, 2007, this Court directed the Clerk of the Court to serve a copy of the petition and a separate order on the United States Attorney's Office requiring a response by September 21, 2007. Following the Government's failure to comply with this Court's order, Petitioner filed a motion seeking a default judgment that was received on January 15, 2008.

        The United States is directed to respond to the underlying petition and motion for default by February 15, 2008 or this Court will entertain an application from the Petitioner for a default judgment.

Dated: January 23, 2008
       New York, New York

                                  SO ORDERED:

                                  WILLIAM H. PAULEY III
                                  U.S.D.J.